IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN BRILEY                                                                                           PETITIONER
ADC #121521

VS.                        CASE NO.: 5:08CV00124 JMM/BD

LARRY NORRIS, Director,                                                                     RESPONDENT
Arkansas Department of Correction

### ORDER

Petitioner John Briley filed this petition for writ of habeas corpus (#2) under 28 U.S.C. § 2254 claiming that the Arkansas Department of Correction ("ADC") is wrongfully delaying his release after granting him parole on June 14, 2007. Petitioner claims that he is being denied release on parole because of his offender class status, and that under ADC Administrative Directive 92:07, he must improve his class status before he will be eligible for release. Petitioner seeks relief from his offender class status so that he can be released on parole. (#2 at p. 3)

Since the petition was filed, the ADC has presumably released Petitioner from his offender class status, because, according to Respondent, Petitioner was paroled from the ADC on June 27, 2008. (#11 at p. 7) Correspondence from the Court to Petitioner (#9) has been returned as "Undeliverable" (# 10), with a notation that the Petitioner has been paroled. Because Petitioner has been released on parole, this Court can no longer grant the relief sought by the Petitioner and the case is moot. See *Mills v. Green*, 159 U.S. 651,

653, 16 S.Ct. 132 (1985) (when an event occurs during pendency of a case that renders it impossible to grant effective relief, the court will dismiss the case as moot).

IT IS, THEREFORE, ORDERED this 15th day of July, 2008 that Petitioner's petition for writ of habeas corpus (#2) is DISMISSED WITHOUT PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE