**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JOHN BRILEY**                                                    **PETITIONER**
**ADC #121521**

**VS.**                          **CASE NO.: 5:08CV00124 JMM/BD**

**LARRY NORRIS**                                                **RESPONDENT**
**Director,**
**Arkansas Department of Correction**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered

dismissing this 28 U.S.C. §2254 petition for writ of habeas corpus (#2) without prejudice.

IT IS SO ORDERED, this 15th day of July,2008.

_____
UNITED STATES DISTRICT JUDGE